**Order entered October 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00778-CR

**BRADLEY ALLEN KELLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1653364-L**

## ORDER

The State's second motion to extend the time for filing a brief is **GRANTED**. The

State's brief, received on October 14, 2019, is **ORDERED** filed as of the date of this order.


/s/    DAVID L. BRIDGES
       PRESIDING JUSTICE